Opinion by COLE, J.  The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).  In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5.  The protests were sustained to this extent.

**No. 49371.**—Protests 822688–G, etc., of Wing Woh Chong Co. (San Francisco).

Opinion by COLE, J.  The merchandise was classified under the same paragraphs and claimed dutiable at the same rates as similar merchandise covered by the decision in *Quong Yuen Shing* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).  In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5.  The protests were sustained to this extent.

**No. 49372.**—Protests 996736–G, etc., of Suen Mark & Co. (San Francisco).

Opinion by COLE, J.  The merchandise was classified under the same paragraphs and claimed dutiable at the same rates as similar merchandise covered by the decision in *Quong Yuen Shing* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).  In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5.  The protests were sustained to this extent.

**No. 49373.**—Protests 883411–G, etc., of Wing Coffee Co., Ltd.  (Honolulu).

Opinion by COLE, J.  The merchandise was classified and claimed dutiable at the rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).  It was conceded that the merchandise in question is a product the same in all material respects as that passed upon in said cited case.  On the established facts the merchandise was found to contain salt and was therefore excluded from paragraph 5.  In accordance with said cited case the protests in question were sustained to this extent.

BEFORE THE THIRD DIVISION, APRIL 21, 1944

**No. 49374.**—Petition 6298–R of Adamo Co. (Los Angeles).

Opinion by CLINE, J.  It appeared from the testimony of the witness for the petitioner that he purchased the sheepskins in question at $3.10 each and that